# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE: )
Edward H. Bucia & Christine M. Bucia )   CASE NO: __21-02599-dd__
)   CHAPTER: __13__
)
)
)   STATEMENT OF CHANGE
)
_____DEBTOR(S)_____ )

In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends Debtors' Schedules C as follows:

1) Amended Schedule C:     Amended line 2 to change wildcard exemption used for crypto currency to be taken from 15-41-30(A)(2).

Date: 12/8/2021

/s/ J. Christian Waites
Signature of Attorney

J. Christian Waites, Esq.
Moss & Associates Attorneys, P.A.
2170 Ashley Phosphate Road, Suite 405
North Charleston, South Carolina 29406
(843) 744-3002

__12607__
District Court I.D. Number

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Edward J. Bucia, Jr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Christine M. Bucia | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number (if known) | 21-02599 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Edward J. Bucia, Jr.                    X  /s/ Christine M. Bucia
   Edward J. Bucia, Jr.                           Christine M. Bucia
   Signature of Debtor 1                          Signature of Debtor 2

   Date  December 8, 2021                        Date  December 8, 2021

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Edward J. Bucia, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine M. Bucia** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number (if known) | **21-02599** | | |

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **DEBTORS RESIDENCE-701 BENT HICKORY ROAD, CHARLESTON SC 29414, CHARLESTON COUNTY, (4) BEDROOM HOUSE, TMS# (3050300123), TAX APPRAISAL VALUE ($345,600), SEE ATTACHED TAX APPRAISAL**<br><br>**DEBTORS ESTIMATE VALUE AT ($345,600)**<br>Line from *Schedule A/B*: **1.1** | $345,600.00 | ■ $126,475.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(1) |
| **2005 FORD MUSTANG: VIN# (1ZVHT82AA45SZ05677), (2) DOOR, (8) CYLINDER, (183,000) MILES, NADA VALUE ($4,550)**<br>Line from *Schedule A/B*: **3.1** | $5,815.00 | ■ $3,371.98<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **2004 CHEVROLET TAHOE: VIN# (1GNEK13Z44R302559), (4) DOOR, (6) CYLINDER, (230,000) MILES, NADA VALUE ($3,125)**<br>Line from *Schedule A/B*: **3.2** | $3,125.00 | ■ $3,125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of exemptions listed in §15-41-30(A)(3) |

Debtor 1  Edward J. Bucia, Jr.
Debtor 2  Christine M. Bucia                                    Case number (if known)  21-02599

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **2014 VOLKSWAGON JETTA: VIN# (3VW2K7AJ3EM232564), (4) DOOR, (6) CYLINDER, (124,000) MILES, NADA VALUE ($6,375)**<br>Line from Schedule A/B: 3.3 | $6,375.00 | ■ $6,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **HOUSEHOLD GOODS: COUCH, TABLES, CHAIRS, DINING ROOM SET, LOVESEAT, BEDROOM FURNITURE; MICROWAVE, REFRIGERATOR, STOVE, WASHER, DRYER, DISHWASHER**<br>Line from Schedule A/B: 6.1 | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **ELECTRONICS: TVS, DVD PLAYER, COMPUTER, PRINTER, CELL PHONES, MISC. SMALL ELECTRONICS**<br>Line from Schedule A/B: 7.1 | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **BOOKS; PICTURES; MISC. HOME DECORATIONS**<br>Line from Schedule A/B: 8.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **GOLF CLUBS**<br>Line from Schedule A/B: 9.1 | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **CLOTHING**<br>Line from Schedule A/B: 11.1 | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **WEDDING BANDS AND WEDDING RING; TWO WATCHES; MISC. COSTUME JEWELRY**<br>Line from Schedule A/B: 12.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(4) |
| **WEDDING BANDS, WEDDING RING, TWO WATCHES, MISC. COSTUME JEWELRY**<br>Line from Schedule A/B: 12.2 | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(4) |
| **ANIMALS: (2) CATS, MIXED BREED DOG**<br>Line from Schedule A/B: 13.1 | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **TD BANK: CHECKING ACCOUNT# (7015)**<br>Line from Schedule A/B: 17.1 | $1,462.79 | ■ $1,462.79<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of exemptions listed in §15-41-30(A)(3) |

| Debtor 1 | Edward J. Bucia, Jr. | | |
|---|---|---|---|
| Debtor 2 | Christine M. Bucia | Case number (if known) | 21-02599 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **CRYPTO CURRENCY: SHIBA INU (SHIB) CURRENT VALUE: ($2,400.00)**<br>Line from Schedule A/B: **18.1** | $2,400.00 | ■ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of exemptions listed in §15-41-30(A)(2) |
| **RETIREMENT PROGRAM: ERISA QUALIFIED VANGUARD 401(K) RETIREMENT PROGRAM, VALUE OF ACCOUNT($27,350.00)**<br>Line from Schedule A/B: **21.1** | $27,350.00 | ■ $27,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(14) |
| **PENSION PROGRAM: METLIFE PENSION PROGRAM, VALUE OF ACCOUNT($36,623.00)**<br>Line from Schedule A/B: **21.2** | $36,623.00 | ■ $36,623.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 9-1-1680 |
| **2020 FEDERAL TAX REFUND: DEBTORS ARE OWED ($11,927) FOR 2020 JOINT FEDERAL TAX REFUND**<br>Line from Schedule A/B: **28.1** | $11,927.00 | ■ $2,952.21<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of exemptions listed in §15-41-30(A)(3) |
| **2020 FEDERAL TAX REFUND: DEBTORS ARE OWED ($11,927) FOR 2020 JOINT FEDERAL TAX REFUND**<br>Line from Schedule A/B: **28.1** | $11,927.00 | ■ $2,710.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) unused portion of exemptions listed in §15-41-30(A)(6) |
| **FEDEX FREIGHT GROUP LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($150,000), CASH SURRENDER VALUE OF POLICY ($0.00)**<br>Line from Schedule A/B: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 38-63-40(C) |
| **FEDEX FREIGHT GROUP LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($20,000), CASH SURRENDER VALUE OF POLICY ($0.00)**<br>Line from Schedule A/B: **31.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 38-63-40(C) |
| **SOCIAL SECURITY: DEBTOR RECIEVES SOCIAL SECURITY IN THE AMOUNT OF ($1,717)/MONTH**<br>Line from Schedule A/B: **53.1** | $1,717.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(11)(a) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes