UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Edward J. Bucia, Jr.
Christine M. Bucia

CASE NO: 21-02599-eg
CHAPTER 13

DEBTOR(S)

## ORDER

Before the Court is the Debtors' Motion to Sell Free and Clear. Having considered the Motion IT IS HEREBY ORDERED as follows:

A. Debtors' property located at 701 Bent Hickory Road Charleston, SC 29414 Charleston County (Parcel Number: 305-03-00-123) may be sold to Lauren Kelly pursuant to the terms of the executed contract of sale for a purchase price of $500,000.00.

B. The attorney for the debtor(s) is directed to serve a copy of this order on the closing attorney.

C. The proceeds of the sale shall be distributed to all parties, directly by the closing attorney, as follows and in the following priority:

I. All liens of record and expenses of sale shall be satisfied.

II. Proceeds up to $130,610.00, shall be paid to the debtors' attorney, Moss & Associates, Attorneys P.A., 2170 Ashley Phosphate Rd # 405, North Charleston, SC 29406 to be held in trust and disbursed to the Chapter 13 Trustee, James M. Wyman, after the determination of the motion(s) to modify the confirmed plan. Any proceeds in excess of that amount shall be paid to the debtors.

III. The closing attorney is directed to provide a copy of the HUD closing statement to the debtors' attorney, Moss & Associates, Attorneys P.A., 2170 Ashley Phosphate Rd # 405, North Charleston, SC 29406.

IV. Debtors are directed to file a report of sale regardless of whether the sale closes.

This authorization expires 60 days following the entry of this Order.

**AND IT IS SO ORDERED.**

| I CONSENT: | I CONSENT: |
|---|---|
| /s/ J. Christian Waites | /s/ Beth Renno |
| J. Christian Waites Dist Ct ID 12607 Attorney for Debtor Moss & Associates Attorneys, P.A. 2170 Ashley Phosphate Road Ste 405 North Charleston, SC 29406 Phone: (843) 744-3002 Fax: (843) 266-1939 christian@mossattorneys.com | James Wyman, Trustee Dist Ct ID 5552 Beth Renno, Staff Attorney Dist Ct ID 5627 PO Box 997 Mt. Pleasant, SC 29465-0997 Phone: (843) 388-9844 Fax: (843) 388-9877 Email: 13office@charleston13.com |